**Appeal dismissed and Memorandum Opinion filed September 26, 2023.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00138-CR

### WILLIAM SOLOMON LEWIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1652421**

## MEMORANDUM OPINION

This is an appeal from an order the trial court signed January 31, 2023 revoking appellant's bond. In an order this court issued on June 22, 2023 in cause number 14-21-00372-CR, this court ordered appellant released on bond. It appears that appellant has been released from custody pursuant to this court's order. Consequently, the trial court's bond revocation order appears to be moot, thus depriving this court of jurisdiction over the appeal from the bond revocation order. *See Ex parte Sewell*, 495 S.W.3d 54, 55 (Tex. App.—Houston [14th Dist.] 2016, no

pet.).

On August 2, 2023, the parties were notified that the appeal was subject to dismissal without further notice unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, the appeal is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.

Do Not Publish — Tex. R. App. P. 47.2(b).